UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVO NORDISK A/S ET AL.,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>FELLA MEDICAL GROUP P.A. ET AL.,<br><br>　　Defendants. | Case No.: 4:25-cv-06560-YGR<br><br>ORDER FINDING MOTION LACKING CERTIFICATION; DENIED WITHOUT PREJUDICE<br><br>Dkt. No. 33 |

On October 20, 2025, defendants Aios Inc., Fella Medical Group P.A., and Fella Medical Group P.C. filed a motion to dismiss (Dkt. No. 33) but failed to file a certification that the party had met and conferred with the opposing parties pursuant to this Court's Standing Order in Civil Cases. The order provides:

> All parties are advised that effective Monday, October 20, 2025, the judiciary will run out of funding and only limited operations will continue. See https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue?utm_campaign=usc-news&utm_medium=email&utm_source=govdelivery. As a consequence, court staff will not be paid despite the requirement to work on essential matters.
>
> Accordingly, until the judiciary is funded, parties shall meet and confer before filing *any* substantive motion. The parties shall determine whether the litigation can proceed without the motion or whether the motion must be urgently resolved. If the latter, lead counsel shall file a certification attesting to the same with the filing of any substantive motion. Failure to provide the certification will result in a *sua sponte* denial without prejudice. This requirement does not apply to administrative or ministerial motions.
>
> The Court appreciates the parties' cooperation during this period.

Accordingly, the motion is denied without prejudice and Dkt. No. 33 is terminated.

**IT IS SO ORDERED**.

Date: October 20, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**