UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| NOVO NORDISK A/S, and<br>NOVO NORDISK INC.,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>AIOS INC d/b/a FELLA HEALTH AND DELILAH, FELLA MEDICAL GROUP P.A., FELLA MEDICAL GROUP P.C.,<br><br>                             Defendants. | Case No. 4:25-cv-06560-YGR<br><br>[PROPOSED] ORDER |

## [PROPOSED] ORDER GRANTING STIPULATION TO SET PLEADING AND BRIEFING DEADLINES AND CONTINUE UPCOMING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

This matter comes before the Court on the Parties' Stipulation to Continue Upcoming Conferences and Deadlines .

Upon consideration of the papers, and for good cause shown, it is hereby **ORDERED**:

1. The Initial Case Management Conference scheduled for November 10, 2025 at 2:00 pm is **CONTINUED** until further notice;

2. Any previous deadlines set for the Parties' initial disclosures and Rule 26(f) Conference are **VACATED** and new dates shall be based on the new Initial Case Management Conference date as calculated by the Federal Rules of Civil Procedure;

3. Defendants shall have until December 12, 2025, to file a responsive pleading to Plaintiffs' amended complaint;

4. If Defendants move to dismiss the amended complaint, Plaintiffs shall have until January 12, 2026, to file an opposition to the motion to dismiss; and

1

5. If Defendants move to dismiss the amended complaint, Defendants shall have until January 26, 2026, to file a reply brief in support of the motion to dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: October 31, 2025

Hon. Yvonne Gonzalez Rogers
United States District Judge